ROYI MOAS, ESQ. (SBN 10686)
rmoas@wrslawyers.com
CHRISTOPHER M. GUY, ESQ. (SBN 15239)
cguy@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:    (702) 341-5200
Facsimile:    (702) 341-5300

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| STRATUSGREEN, LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>GLOBAL AUTOMOTIVE SOLUTIONS, LLC, d/b/a STELARO, LLC,<br><br>             Defendant. | Case No. 2:23-CV-00758-JCM-VCF<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT**<br><br>Judge:    James C. Mahan |

The Parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.  That the default entered on July 6, 2023 (Doc No. 8) against Defendant GLOBAL AUTOMOTIVE SOLUTIONS, LLC, d/b/a STELARO, LLC  may be set aside by the Court in order for Defendant to file an Answer.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2.      Defendant shall have up to and including Friday, August 11, 2023, to file a responsive pleading to Plaintiff's Complaint on file herein.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 26th day of July 2023. | DATED this 26th day of July 2023. |
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **LAW OFFICE OF STEPHEN M. DIXON, LTD.** |
| By: */s/ Royi Moas, Esq.*<br>ROYI MOAS, ESQ.<br>Nevada Bar No. 10686<br>3773 Howard Hughes Parkway<br>Suite 590 South<br>Las Vegas, Nevada 89169<br>*Attorney for Defendant* | By: */s/Stephen M. Dixon, Esq.*<br>STEPHEN M. DIXON, ESQ.<br>Nevada Bar No. 010025<br>10181 W. Park Run Dr. #110<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff* |

## ORDER

**IT IS HEREBY ORDERED** that by stipulation of the Parties, the default entered against Defendant GLOBAL AUTOMOTIVE SOLUTIONS, LLC on July 6, 2023 (Doc No. 8), is hereby set aside.

**IT IS HEREBY FURTHER ORDERED** that by stipulation of the Parties, Defendant GLOBAL AUTOMOTIVE SOLUTIONS, LLC shall have up to and including Friday, August 11, 2023, to file a responsive pleading to Plaintiff's Complaint on file herein.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 27, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2023, a true and correct copy of **STIPULATION AND ORDER TO SET ASIDE DEFAULT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/Melissa Shield*
Melissa Shield, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP