Hector J. Carbajal II
Nevada Bar No. 6247
CARBAJAL LAW
10001 Park Run Drive
Las Vegas, Nevada 89145
T: (702) 846-0040
F: (702) 846-1329
Hector@CLaw.vegas
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STRATUSGREEN, LLC, | Case No.: 2:23-cv-00758-JCM-VCF |
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEYS** |
| GLOBAL AUTOMOTIVE SOLUTIONS, LLC, d/b/a STELARO, LLC, | |
| Defendants. | |

Plaintiff STRATUSGREEN, LLC hereby substitutes Hector J. Carbajal II, Esq. and CARBAJAL LAW, whose address is 10001 Park Run Drive, Las Vegas, Nevada 89145, telephone number (702) 846-0040, as attorney of record in place and stead of the LAW OFFICE OF STEPHEN M DIXON, LTD.

DATED this 23 day of August, 2023.

STRATUSGREEN, LLC

By: _____
JOSH GREEN, CEO

I hereby consent to the above substitution.

Dated this 25th day of August, 2023.

                                                  LAW OFFICE OF STEPHEN M DIXON, LTD.

                                                  */s/ Stephen M. Dixon*
                                                  STEPHEN M. DIXON, ESQ.
                                                  Nevada Bar No. 010025
                                                  10181 W Park Run Drive, Suite 110
                                                  Las Vegas, Nevada 89145

I am duly admitted to practice in the United States District Court, District of Nevada. The above substitution is hereby accepted.

Dated this 25th day of August, 2023.

                                                  CARBAJAL LAW

                                                  */s/ Hector J. Carbajal II*
                                                  HECTOR J. CARBAJAL II, ESQ.
                                                  Nevada Bar No. 6247
                                                  10001 Park Run Drive
                                                  Las Vegas, Nevada 89145

Please check one:     X     RETAINED, or        APPOINTED BY THE COURT

                                        APPROVED:

                                       IT IS SO ORDERED.

                                       _____
                                       Cam Ferenbach
                                       United States Magistrate Judge
                                               9-5-2023
                                   DATED _____

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that pursuant to F.R.C.P. 5 on August 25, 2023, I caused service of the foregoing *Substitution of Attorneys* by mailing a copy by United States Postal Service, postage prepaid, via email, and/or via electronic mail through the United States District Court's CM/ECF system to all CM/ECF registrants for this matter.

                                                */s/ Brittany Friedman*
                                                Employee of Carbajal Law

# Brittany Friedman

| | |
|---|---|
| **From:** | Steve Dixon <steve@stevedixonlaw.com> |
| **Sent:** | Thursday, August 24, 2023 11:05 AM |
| **To:** | Brittany Friedman |
| **Cc:** | Hector Carbajal |
| **Subject:** | Re: StratusGreen, LLC v. Global Automotive Solutions, LLC; Case No. 2:23-cv-00758-JCM-VCF |
| **Categories:** | Red category |

You may use my e-signature

Thank you,

Steve Dixon
Law Office of Stephen M. Dixon, Ltd.
10181 W Park Run Dr #110,
Las Vegas, NV 89145
(702) 329-4911
www.stevedixonlaw.com

THIS ELECTRONIC MESSAGE, INCLUDING ANY ACCOMPANYING DOCUMENTS, IS CONFIDENTIAL and may contain information that is privileged and exempt from disclosure under applicable law. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, please note that any dissemination, distribution, copying or the taking of any action in reliance upon the message is strictly prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.

> On Aug 23, 2023, at 11:18 AM, Brittany Friedman <Brittany@claw.vegas> wrote:
>
> Good morning Mr. Dixon, enclosed for your review and signature is a *Substitution of Attorneys* for StratusGreen, LLC.  Please return the executed copy to me via email or let me know if I have your permission to affix your electronic signature to the same for filing with the Court.
>
> Thank you,
> Brittany
>
> Brittany Friedman
> CARBAJAL LAW
> 10001 W Park Run Drive
> Las Vegas, NV 89145
> P:  (702) 846-0040
> F:  (702) 846-1329
> D:  (702) 526-0985
> E-mail:  Brittany@CLaw.vegas
>
> <Substitution of Attorneys - executed by Client.doc>