```
ROYI MOAS (SBN 10686)
rmoas@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:    (702) 341-5200
Facsimile:    (702) 341-5300
```

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STRATUSGREEN, LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>GLOBAL AUTOMOTIVE SOLUTIONS, LLC, d/b/a STELARO, LLC,<br><br>           Defendant. | Case No. 2:23-CV-00758-JCM-VCF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL CHRISTOPHER M. GUY, ESQ.** |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL**:

**PLEASE TAKE NOTICE** that Christopher M. Guy, Esq. is no longer associated Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP and no longer counsel of record for Defendant Global Automotive Solutions, LLC, d/b/a/ Stelaro, LLC in this action.  Please remove Mr. Guy from your service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
NOTICE OF DISASSOCIATION OF COUNSEL CHRISTOPHER M. GUY, ESQ.

1    Royi Moas, Esq. of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP will serve as counsel
2 of record for Defendant Global Automotive Solutions, LLC, d/b/a/ Stelaro, LLC.
3    September 22, 2023

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By  */s/ Royi Moas, Esq.*
ROYI MOAS (SBN 10686)
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Tel. (702) 341-5200

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-16-2023 _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2023, a true and correct copy of **NOTICE OF DISASSOCIATION OF COUNSEL CHRISTOPHER M. GUY, ESQ.** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Melissa Shield*
Melissa Shield, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP