**HECTOR J. CARBAJAL II, ESQ.**
Nevada Bar No. 6247
**CARBAJAL LAW**
10001 W Park Run Drive
Las Vegas, NV 89145
Phone: (702) 846-0040
Fax: (702) 846-1329
hector@claw.vegas
*Attorney for Plaintiff*
*StratusGreen, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STRATUSGREEN, LLC, | Case No.: 2:23-cv-00758-JCM-VCF |
| Plaintiff, | |
| vs. | |
| GLOBAL AUTOMOTIVE SOLUTIONS, LLC, d/b/a STELARO, LLC | **JOINT DISCOVERY PLAN AND ~~PROPOSED~~ SCHEDULING ORDER** |
| Defendants. | **SPECIAL SCHEDULING REVIEW REQUESTED** |
| GLOBAL AUTOMOTIVE SOLUTIONS, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| v. | |
| STRATUSGREEN, LLC, | |
| Counter-Defendant. | |

Plaintiff/Counterdefendant StratusGreen, LLC, ("Plaintiff" or "StratusGreen") by and through its attorney, Hector J. Carbajal II, Esq. of the law offices of Carbajal Law, and Defendant/Counterclaimant Global Automotive Solutions, LLC ("Defendant" or "Global Auto") by and through its attorney, Royi Moas, Esq. of the law offices of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, hereby submit the following proposed Joint Discovery Plan and Scheduling Order in accordance with the provisions of LR 26-1(a) and (b).

1

## I.    INTRODUCTION

On May 15, 2023, StratusGreen filed its Complaint against Global Auto (ECF No. 1). On August 11, 2023, Global Auto filed its Answer and Counterclaim and Demand for Jury Trial (ECF No. 15).  On September 1, 2023, StratusGreen filed its First Amended Complaint and its Reply to Counterclaim (ECF No. 18 and 19).  On September 15, 2023, Global Auto filed its Answer to Plaintiff's First Amended Complaint and Demand for Jury Trial (ECF No. 21). On October 12, 2023, counsel for the parties met telephonically for an early case conference.

## II.    DISCOVERY PLAN

The parties agree that each party may conduct all discovery allowed under the Federal Rules of Civil Procedure, subject to the following deadlines:

1.    <u>Discovery Cut-Off Date</u>: The parties shall have until July 12, 2024, to complete discovery in this case.  In light of Counsels' current and upcoming trial deadlines and in light of the upcoming holidays and their impact on the parties and counsel, the parties agree a longer time period for discovery is necessary.

2.    <u>Amending the Pleadings and Adding Parties:</u> The parties shall have until April 12, 2024, to file motions to amend the pleadings and/or to add parties, which is not later than 90 days prior to the close of discovery.

3.    <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):</u> The parties shall have until May 13, 2024, to disclose experts, which is 60 days before the discovery cut-off date. The parties shall also have until June 11, 2024, to disclose rebuttal experts, which is 30 days after the initial disclosure of experts.

4.    <u>Dispositive Motions:</u> The parties shall have until August 12, 2024, to file dispositive motions, which is 30 days after the discovery cut-off date.

5.    <u>Pretrial Order:</u> The parties shall have until September 11, 2024, to file the joint pretrial order, which is 30 days after the dispositive motion deadline. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motion or further court order.

6.      Fed. R. Civ. P. 26(a)(3) Disclosures: The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.

7.      Alternative Dispute Resolution: The parties hereby certify that they met and conferred about the possibility of using alternative dispute-resolution processes, including mediation, arbitration, and, if applicable, early neutral evaluation. The parties are currently open-minded about the possibility of using alternative dispute resolutions processes but believe that some discovery must be conducted first.

8.      Alternative Forms of Case Disposition: The parties hereby certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program. At this time, the parties respectfully decline using these alternative forms of case disposition.

9.      Electronic Evidence: The parties hereby certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties have not reached any stipulations regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system but anticipate that that such a stipulation will be forthcoming.

10.     Additional Information Required by Fed. R. Civ. P. 26(f):

A.      The parties do not believe that any changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), except that the parties stipulate that initial disclosures will be made on or before fourteen days after the Court ratifies the parties' joint discovery plan and scheduling order.

B.      The parties agree that each party may conduct all discovery allowed under the Federal Rules of Civil Procedure.

C.      At this time the parties have no issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced, as those issues will be addressed in the parties' forthcoming Stipulation and Order Regarding Electronically Stored Information.

D.      At this time the parties have no issues about claims of privilege or of protection as trial-preparation materials, including whether to ask the court to include any agreement in an order under Federal Rule of Evidence 502, but reserve their rights to address any such issues that may arise in the future.

E.      The parties believe that no changes should be made regarding limitations on discovery imposed under the rules or by local rule, or that any other limitations should be imposed.

F.      The parties agree that no other orders should be issued by the court at this time under Rule 26(c) or under Rule 16(b) and (c).

DATED this 9th day of November, 2023.

**CARBAJAL LAW**

*/s/ Hector J. Carbajal II*
Hector J. Carbajal II, Esq. NV Bar No. 6247
10001 Park Run Drive
Las Vegas, Nevada 89145

*Counsel for Plaintiff*

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

*/s/ Stephanie Storm*
Royi Moas, Esq. NV Bar No. 10686
Stephanie Storm, Esq. NV Bar No. 15338
3773 Howard Hughes Parkway, Suite 590
Las Vegas, Nevada 89169

*Counsel for Defendants*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATE: 11-16-2023