**HECTOR J. CARBAJAL II, ESQ.**
Nevada Bar No. 6247
**CARBAJAL LAW**
10001 W Park Run Drive
Las Vegas, NV 89145
Phone: (702) 846-0040
Fax: (702) 846-1329
hector@claw.vegas
*Attorney for Plaintiff*
*StratusGreen, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STRATUSGREEN, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL AUTOMOTIVE SOLUTIONS, LLC, d/b/a STELARO, LLC<br><br>Defendants.<br><br>GLOBAL AUTOMOTIVE SOLUTIONS, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>STRATUSGREEN, LLC,<br><br>Counter-Defendant. | Case No.: 2:23-cv-00758-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

COMES NOW, Plaintiff/Counterdefendant StratusGreen, LLC, ("Plaintiff" or "StratusGreen") by and through its attorney, Hector J. Carbajal II, Esq. of the law offices of Carbajal Law, and Defendant/Counterclaimant Global Automotive Solutions, LLC ("Defendant" or "Global Auto") by and through its attorney, Royi Moas, Esq. of the law offices of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, having entered into a settlement agreement, hereby stipulate and agree as follows:

1

1  IT IS HEREBY STIPULATED AND AGREED that this matter is dismissed without prejudice as to all parties and in this matter and to any claims that the parties have between each of them.

IT IS FURTHER STIPULATED AND AGREED that all parties are to bear their own attorney's fees and costs.

IT IS SO STIPULATED AND AGREED.

DATED this 20th day of February, 2024.                DATED this 20th day of February, 2024.

**CARBAJAL LAW**                                                     **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

*/s/ Hector J. Carbajal II*                                            */s/ Royi Moas*
Hector J. Carbajal II, Esq. NV Bar No. 6247        Royi Moas, Esq. NV Bar No. 10686
10001 Park Run Drive                                          Stephanie Storm, Esq. NV Bar No. 15338
Las Vegas, Nevada 89145                                   3773 Howard Hughes Parkway, Suite 590
                                                                              Las Vegas, Nevada 89169
*Counsel for Plaintiff*
                                                                              *Counsel for Defendants*

## ORDER

Based upon the foregoing Stipulation to Dismiss Without Prejudice by and between the parties, and good cause appearing, it is HEREBY ORDERED that the case is DISMISSED WITHOUT PREJUDICE as to all parties, each party to bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATE: February 21, 2024

2